UNITED STATES DISTRICT COURT
FOR THE ~~FIRST~~ *Northern* DISTRICT OF ILLINOIS

MHK

State of Illinios,
          Petitioner,

-vs-

Daniel Coleman,
          Respondent,

FILED
3-4-2008
MAR 4 2008  MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTICE OF APPEAL
CASE NO. 08 C 660

08 cv 660

### NOTICE OF APPEAL

Notice is hereby given that **Coleman, Daniel** above named, appeals to the United States Court of Appeals for the **Seventh** Circuit from the **Ill northern District**

I am in need of more time. Truly I don't know what to do at this point. I received this notice late. I don't know

(attach extra page if necessary)

entered in this action on **Feb/27/08**.

Respectfully submitted,
/s/ Daniel Coleman

### DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: **Feb/27/08**

/s/ Daniel Coleman
NAME: Daniel Coleman
IDOC#: N94660
**Menard** Correctional Center
P.O. BOX **711**
**Menard**, IL **62259**

IN THE
_United States Dist_
_Northern D.St. of Ill_

_People of the State of Ill_
Plaintiff,

v.                                          ) Case No. _08 C 660_

_Daniel Coleman_
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: _Clerk_
_Michael W. Dobbins_
_U.S. Dist. Court_
_Northern Dist. of Ill._
_219 South Dearborn St._
TO: _Chicago, Ill 60604_

TO: _____

TO: _____

PLEASE TAKE NOTICE that on _Feb 27_, 20_08_, I have placed the documents listed below in the institutional mail at _Menard_ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: _Notice of Appeal Northern District_

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _Feb/27/08_

/s/ _Daniel Coleman_
NAME: _Daniel Coleman_
IDOC#: _N84660_
_Menard_ Correctional Center
P.O. BOX _711_
_Menard_, IL _62259_

Revised February 2005