UNITED STATES DISTRICT COURT
FOR THE northern DISTRICT OF ILLINOIS

MHK

State of Illinios,

                 Petitioner,

-vs-

Daniel Coleman,

                 Respondent,

FILED
3-4-2008
MAR 4 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTICE OF APPEAL
CASE NO. 08 C 660

08cv660

## NOTICE OF APPEAL

Notice is hereby given that **Coleman, Daniel** above named, appeals to the United States Court of Appeals for the **Seventh** Circuit from the **Ill northern District**

I am in need of more time. Truly I donot Know what to do at this point. I received this Notice late. I don't know

(attach extra page if necessary)

entered in this action on **Feb/27/08**.

Respectfully submitted,

/s/ Daniel Coleman

### DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: **Feb/27/08**

/s/ Daniel Coleman
NAME: Daniel Coleman
IDOC#: N94660
**Menard** Correctional Center
P.O. BOX **711**
**Menard**, IL **62259**

IN THE
_United State Dist_
_Northern D.St. of Ill_

_People of the State of Ill_
Plaintiff,

v.                                              Case No. _08 C 660_

_Daniel Coleman_
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: _Clerk_                                    TO: _____
_Michael W. Dobbins_
_U.S. Dist. Court_
_Northern Dist. of Ill._
_219 South Dearborn St._
TO: _Chicago, Ill 60604_              TO: _____

PLEASE TAKE NOTICE that on _Feb 27_, 20_08_, I have placed the documents listed below in the institutional mail at _Menard_ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: _Notice of Appeal Northern District_

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _Feb/27/08_

/s/ _Daniel Coleman_
NAME: _Daniel Coleman_
IDOC#: _N84660_
_Menard_ Correctional Center
P.O. BOX _711_
_Menard_, IL _62259_

Revised February 2005

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 08cv660

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Daniel Coleman (Appellant) | | Donald A. Hulick (Appellee) |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Daniel Coleman | Name | N/A |
| Firm | (PRO SE) | Firm | |
| Address | N-84660<br>Menard-MND, P.O. Box 771<br>Menard, IL 62259 | Address | |
| Phone | N/A | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Shadur | Date Filed in District Court | 1/30/08 |
| Court Reporter | B. Wilson (5885) | Date of Judgment | n/a |
| Nature of Suit Code | 530 | Date of Notice of Appeal | 3/4/08 |

COUNSEL: Appointed [ ]　　Retained [ ]　　Pro Se [X]

FEE STATUS: Paid [ ]　　Due [ ]　　IFP [ ]

IFP Pending [ ]　　U.S. [ ]　　Waived [X]

Has Docketing Statement been filed with the District Court Clerk's Office?　　Yes [ ]　　No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]　　Denied [ ]　　Pending [X]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).　Rev 04/01**

APPEAL, COLE, HABEAS, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-00660
## Internal Use Only

Coleman v. Hulick et al
Assigned to: Honorable Milton I. Shadur
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 01/30/2008
Date Terminated: 01/31/2008
Jury Demand: None
Nature of Suit: 530 Prisoner: Habeas Corpus
Jurisdiction: Federal Question

**Petitioner**

**Daniel Coleman**
*United States of America ex rel.*

represented by **Daniel Coleman**
N-84660
Menard - MND
P.O. Box 771
Menard, IL 62259
PRO SE

V.

**Respondent**

**Donald A Hulick**
*Warden*

**Service List**   represented by **Chief of Criminal Appeals**
Attorney General's Office
100 West Randolph - 12 Floor
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2008 | **1** | PETITION for writ of habeas corpus filed by Daniel Coleman against |

| | | |
|---|---|---|
| | | Donald A Hulick Filing fee $ 5. (Exhibits).(ef, ) (Entered: 01/31/2008) |
| 01/30/2008 | 2 | CIVIL Cover Sheet. (ef, ) (Entered: 01/31/2008) |
| 01/30/2008 | 3 | APPLICATION by Petitioner Daniel Coleman for leave to proceed in forma pauperis. (Exhibits). (ef, ) (Entered: 01/31/2008) |
| 01/30/2008 | 4 | (Court only) RECEIPT regarding payment of filing fee paid on 1/30/2008 in the amount of $5.00, receipt number 10342911. (ef, ) (Entered: 01/31/2008) |
| 01/30/2008 | 5 | POST MARKED envelope for initiating document by Daniel Coleman (Document not scanned) (aew, ) (Entered: 01/31/2008) |
| 01/31/2008 | 6 | MINUTE entry before Judge Milton I. Shadur :Enter Memorandum Opinion and Order. And that being the case, "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court" (Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts), and the Petition is therefore dismissed.Mailed notice (rp, ) (Entered: 02/04/2008) |
| 01/31/2008 | 7 | MEMORANDUM Opinion and Order Signed by Judge Milton I. Shadur on 1/31/2008.(rp, ) (Entered: 02/04/2008) |
| 01/31/2008 | 8 | ENTERED JUDGMENT (rp, ) (Entered: 02/04/2008) |
| 02/01/2008 | | MAILED Copy of Petition for Writ of Habeas Corpus to Chief of Criminal Appeals via Certified Mail receipt number 7006 0110 0001 7313 3620. (ef, ) (Entered: 02/01/2008) |
| 03/04/2008 | 9 | NOTICE of appeal by Daniel Coleman fee waived.(air, ) (Entered: 03/07/2008) |