United State District Court, Northern District
OF Illinois

United State of America
ex rel. Daniel Coleman #N04660
    Petitioner

v.

Donald A. Hulick, Warden
    Defendant

FILED
MAR 10 2008     MAR 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

No. 08 C 660

## Motion

Honorable Judge Milton I. Shadur Around 1/13/08 you Denied my Federal Habeas Corpus Petition.

Around Feb 28, 2008, I filed a Notice of Appeal; with all do respect may I recall that filing, that NOT what I need it to do, I was instructed to do this by the law Clerk(s).

Here in Menard this facility does NOT have certified legal assistance, I did NOT received proper legal assistance once denied, what should be file and properly

Around Feb. 29, 2008. After viewing cases and Rules that were cited in the Memorandum Opinion and Order, To proceed any further at this moment would be frivolous.

My request Honorable Judge Milton I. Shadur let me recall my Notice of Appeal, And hold my Federal Habeas Petition see; Rhines v. Weber 124 S.Ct. 1523 (2005) and grant me a return on this Federal Habeas Petition, Rhines v. Weber 124 S.Ct. 1523 (2005) IN Abeyance.

    Thank you
    Daniel Coleman
    N04660

IN THE
United State Dist Court
for the Northern Dist

Daniel Coleman  )
Plaintiff,  )
  )  Case No. 08 C 0660
v.  )
  )  Case No. of State Court 97 CR 9541 01
Donald A. Hulick Warden  )
Defendant  )

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of U.S. Dist. Court
Prisoner Correspondent
219 S. Dearborn St.
Chicago, Ill 60604

TO: Honorable Judge
Milton I. Shadur
Prisoner Correspondent
219 S. Dearborn St.
Chicago, Ill 60604

TO: _____

TO: _____

PLEASE TAKE NOTICE that on __March 4__, 2008, I have placed the documents listed below in the institutional mail at __Menard__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: __Motion__

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: March 4, 2008

/s/ Daniel Coleman
NAME: Daniel Coleman
IDOC#: N84660
Menard Correctional Center
P.O. BOX 711
Menard, IL 62259

Revised July 2004