## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 660 | **DATE** | 3/13/2008 |
| **CASE TITLE** | USA ex rel. Daniel Coleman vs. Donald A. Hulick | | |

**DOCKET ENTRY TEXT**

Enter Memorandum. This memorandum is being delivered to the Court of Appeals for its information and for appropriate action (this Court does not of course have jurisdiction to "recall" the Notice of Appeal). (Attachment)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|