CEM

FILED
MARCH 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals

For the Seventh Circuit
219 S. Dearborn Street, Suite 2722
Chicago, Illinois 60604

Clerk of the Court                                                                      (312)435-5850

**To:**   **District Court Clerk's Office**

**Re:**   **Notice of Docketing**

   The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| | |
|---|---|
| Filed on: | March 18, 2008 |
| Appellate Court No.: | 08-1655 |
| Short Caption: | Coleman, Daniel v. Hulick, Donald |
| District Court Judge: | Milton I. Shadur |
| District Court No.: | 1:08-cv-00660 |

   If you have any questions regarding this appeal, please call this office.

**cc:**   **B. Wilson**