# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 · 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

ORDER

**FILED**
Apr 8, 2008
APR 0 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

April 07, 2008

| No.: 08-1655 | DANIEL COLEMAN, Petitioner - Appellant  v.  DONALD A. HULICK, Respondent - Appellee |
|---|---|

**Originating Case Information:**

District Court No: 1:08-cv-00660
Northern District of Illinois, Eastern Division
District Judge Milton Shadur

Upon consideration of the **MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS**, filed on April 4, 2008, by the pro se appellant:

The pro se appellant has erroneously filed the motion for leave to appeal in forma pauperis in this court. The pro se appellant should have filed the motion in the district court in the first instance. Accordingly,

IT IS ORDERED that the clerk of this court transfer #1 to the clerk of the district court for a ruling on the motion, along with a copy of this order. The pro se appellant is reminded that if the district court denies the informa pauperis motion, he/she must refile the motion in this court pursuant to Fed. R. App. P. 24.

AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

_Daniel Coleman Appellant_ ) Appeal from the United States District Court for the
) _Northern_ District of _Illinois Eastern Div._
)
v.  Case No. _08-1655_ ) District Court No. _08 C 660_
)
_Donald A. Hulick Warden_ ) District Court Judge _Milton I. Shadur, Judge_
)

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)
Signed: _Daniel Coleman_

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
Date: _March 31, 2008_

My issues on appeal are: _Lack of Jurisdiction - No True Bill of Indictment, Trial Court_ ~~_Nolle prosequi the_~~
_via videlicet, Forcible Felony And Home Invasion - No True Bill._

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ 100.00 | $ N/A | $ 100 | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ |
| Other (specify): | $ N/A | $ N/A | $ N/A | $ N/A |
| **Total monthly income:** | $ 100.00 | $ N/A | $ N/A | $ N/A |

U.S.C.A. – 7th Circuit
F I L E D
APR 0 4 2008  DDS
GINO J. AGNELLO
CLERK

1

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | 0 | 0 | 0 |

4. How much cash do you and your spouse have? $ 0
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | 0 | 0 | |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)  N/A

Other real estate (Value)  0

Motor Vehicle #1 (Value)  0
Make & year:
Model:
Registration #

Motor Vehicle #2 (Value)
Make & year:  0
Model:
Registration #

Other assets (Value)  0

Other assets (Value)  0

2

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| 0 | 0 | 0 |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| 0 | 0 | 0 |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? [ ] Yes [ ] No  Is property insurance included? [ ] Yes [ ] No | $ N/A | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle expenses) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ 0 | $ |

3

| | | |
|---|---|---|
| Life | $ 0 | $ 0 |
| Health | $ 0 | $ 0 |
| Motor vehicle | $ 0 | $ 0 |
| Other: _____ | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Credit card (name): _____ | $ 0 | $ 0 |
| Department store (name): _____ | $ 0 | $ 0 |
| Other: _____ | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ 0 | $ 0 |
| Other (specify): _____ | $ 0 | $ 0 |
| Total monthly expenses: | $ 0 | $ 0 |

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[ ] Yes [X] No  If yes, describe on an attached sheet.

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[ ] Yes [X] No  If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

4

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No  If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I have No Job At Menard prison; only monies are State pay

13. State the address of your legal residence.

Menard Correctional Center
P.O. Box 711 Menard Ill, 62259
Daniel Coleman N84660

Your daytime phone number: (___) 0

Your age: 50   Your years of schooling: G.ED

Your social-security number: 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

n or Around 1/38/08 - Appellant paid the $5.00 fee required and filled-out In Forma Pauperis Application that's attach; At the present time been on lock-down; unable to get copies because of lock-down Status.

**RECEIVED**

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

JAN 30 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

_Daniel Coleman_
Plaintiff

v.

_Warden - Hulick Donald_
Defendant(s)

**08C 0660**

CASE NUMBER _97 CR 9541_

JUDGE _Lawrence Fox_   JUDGE SHADUR

MAGISTRATE JUDGE COLE

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, _Daniel Coleman_, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # _N84660_   Name of prison or jail: _Menard_
   Do you receive any payment from the institution? ☒Yes ☐No   Monthly amount: _10.00_

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment:_____
      Monthly salary or wages:_____
      Name and address of last employer:_____

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages   ☐Yes ☒No
      Amount_____ Received by_____

_61_

b.  ☐ Business, ☐ profession or ☐ other self-employment
Amount_____ Received by_____    ☐Yes    ☒No

c.  ☐ Rent payments, ☐ interest or ☐ dividends
Amount_____ Received by_____    ☐Yes    ☒No

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
Amount_____ Received by_____    ☐Yes    ☒No

e.  ☐ Gifts or ☐ inheritances
Amount_____ Received by_____    ☐Yes    ☐No

f.  ☐ Any other sources (state source: _____ )
Amount_____ Received by_____    ☐Yes    ☐No

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
Property:_____
In whose name held:_____ Current Value:_____
Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
Property:_____    ☐Yes    ☒No
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
_____
_____

-2-

62

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _January 28, 2008_    _Daniel Coleman_
Signature of Applicant

_Daniel Coleman_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _DANIEL COLEMAN_, I.D.# _N84660_, has the sum of $ _25.11_ on account to his/her credit at (name of institution) _MENARD CC_.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____.
(Add all deposits from all sources and then divide by number of months).

_1/7/08_    _Geraldine Berry_
DATE    SIGNATURE OF AUTHORIZED OFFICER

_GERALDINE BERRY_
(Print name)

Rev. 7/18/02

-3-

65.

Date: 1/7/2008  Case 1:08-cv-00660  Document 16  Filed 04/08/2008  Page 10 of 12  Page 1
Time: 2:27pm
d_list_inmate_trans_statement_composite

Menard Correctional Center
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 07/01/2007 thru End;    Inmate: N84660;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: N84660 Coleman, Daniel**            **Housing Unit: MEN-SL-01-15**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | 25.61 |
| 07/03/07 | Point of Sale | 60 Commissary | 184779 | 657148 | Commissary | -21.01 | 4.60 |
| 07/06/07 | Payroll | 20 Payroll Adjustment | 187159 | | P/R month of 06/2007 | 5.00 | 9.60 |
| 07/10/07 | Point of Sale | 60 Commissary | 191779 | 658902 | Commissary | -3.56 | 6.04 |
| 07/13/07 | Disbursements | 80 Postage | 194359 | Chk #80855 | 37679, DOC: 523 Fund Reimburse, Inv. Date: 07/12/2007 | -.56 | 5.48 |
| 07/13/07 | Disbursements | 81 Legal Postage | 194359 | Chk #80855 | 37646, DOC: 523 Fund Reimburse, Inv. Date: 07/11/2007 | -4.60 | .88 |
| 07/18/07 | Mail Room | 01 MO/Checks (Not Held) | 199245 | 10188647447 | Thomas, Calvin | 20.00 | 20.88 |
| 07/30/07 | Disbursements | 84 Library | 211359 | Chk #81089 | 38342, DOC: 523 Fund Library, Inv. Date: 07/17/2007 | -.50 | 20.38 |
| 07/31/07 | Disbursements | 80 Postage | 212359 | Chk #81092 | 39133, DOC: 523 Fund Inmate Re, Inv. Date: 07/26/2007 | -1.31 | 19.07 |
| 07/31/07 | Disbursements | 90 Medical Co-Pay | 212359 | Chk #81092 | 38772, DOC: 523 Fund Inmate Re, Inv. Date: 07/20/2007 | -2.00 | 17.07 |
| 08/06/07 | Mail Room | 01 MO/Checks (Not Held) | 2182113 | 05753949478 | Coleman, Latanya | 10.00 | 27.07 |
| 08/07/07 | Payroll | 20 Payroll Adjustment | 219159 | | P/R month of 07/2007 | 4.42 | 31.49 |
| 08/16/07 | Mail Room | 01 MO/Checks (Not Held) | 2282113 | 11424458542 | Nance, Leslie | 25.00 | 56.49 |
| 08/17/07 | Disbursements | 80 Postage | 229359 | Chk #81344 | 39836, DOC: 523 Fund Reimburse, Inv. Date: 08/01/2007 | -1.14 | 55.35 |
| 08/17/07 | Disbursements | 80 Postage | 229359 | Chk #81344 | 39810, DOC: 523 Fund Reimburse, Inv. Date: 08/01/2007 | -1.48 | 53.87 |
| 08/21/07 | Point of Sale | 60 Commissary | 233746 | 663876 | Commissary | -8.53 | 45.34 |
| 08/31/07 | Disbursements | 84 Library | 243359 | Chk #81619 | 41383, DOC - Library Copies, Inv. Date: 08/23/2007 | -4.30 | 41.04 |
| 09/04/07 | Point of Sale | 60 Commissary | 247746 | 666110 | Commissary | -20.39 | 20.65 |
| 09/05/07 | Disbursements | 80 Postage | 248359 | Chk #81623 | 41168, DOC: 523 Fund Reimburse, Inv. Date: 08/22/2007 | -.17 | 20.48 |
| 09/05/07 | Disbursements | 80 Postage | 248359 | Chk #81623 | 41204, DOC: 523 Fund Reimburse, Inv. Date: 08/22/2007 | -1.65 | 18.83 |
| 09/05/07 | Disbursements | 81 Legal Postage | 248359 | Chk #81623 | 41209, DOC: 523 Fund Reimburse, Inv. Date: 08/22/2007 | -5.05 | 13.78 |
| 09/05/07 | Disbursements | 81 Legal Postage | 248359 | Chk #81623 | 41210, DOC: 523 Fund Reimburse, Inv. Date: 08/22/2007 | -1.65 | 12.13 |
| 09/07/07 | Payroll | 20 Payroll Adjustment | 250159 | | P/R month of 08/2007 | .34 | 12.47 |
| 09/11/07 | Point of Sale | 60 Commissary | 254774 | 667999 | Commissary | -7.33 | 5.14 |
| 09/18/07 | Point of Sale | 60 Commissary | 261792 | 670108 | Commissary | -3.14 | 2.00 |
| 09/27/07 | Disbursements | 84 Library | 270359 | Chk #81926 | 44229, DOC - Library Copies, Inv. Date: 09/26/2007 | -.35 | 1.65 |
| 09/28/07 | Disbursements | 80 Postage | 271359 | Chk #81954 | 42816, DOC: 523 Fund Reimburse, Inv. Date: 09/11/2007 | -1.65 | .00 |
| 10/03/07 | Mail Room | 01 MO/Checks (Not Held) | 276245 | 11427621772 | Nance, Tiffany | 50.00 | 50.00 |
| 10/09/07 | Point of Sale | 60 Commissary | 282779 | 673473 | Commissary | -25.63 | 24.37 |
| 10/11/07 | Payroll | 20 Payroll Adjustment | 2841107 | | P/R month of 09/2007 | 5.00 | 29.37 |
| 10/16/07 | Point of Sale | 60 Commissary | 289746 | 675476 | Commissary | -16.54 | 12.83 |
| 10/31/07 | Disbursements | 84 Library | 304359 | Chk #82508 | 46589, DOC: School Dist. Libra, Inv. Date: 10/22/2007 | -1.85 | 10.98 |
| 10/31/07 | Disbursements | 84 Library | 304359 | Chk #82508 | 47202, DOC: School Dist. Libra, Inv. Date: 10/26/2007 | -2.75 | 8.23 |
| 10/31/07 | Disbursements | 84 Library | 304359 | Chk #82508 | 46632, DOC: School Dist. Libra, Inv. Date: 10/22/2007 | -.35 | 7.88 |
| 10/31/07 | Disbursements | 81 Legal Postage | 304359 | Chk #82512 | 46542, DOC: 523 Fund Reimburse, Inv. Date: 10/22/2007 | -4.90 | 2.98 |
| 10/31/07 | Disbursements | 80 Postage | 304359 | Chk #82512 | 46256, DOC: 523 Fund Reimburse, Inv. Date: 10/18/2007 | -.17 | 2.81 |
| 11/06/07 | Point of Sale | 60 Commissary | 310767 | 678862 | Commissary | -1.89 | .92 |

Page 1

23.

REPORT CRITERIA - Date: 07/01/2007 thru End;   Inmate: N84660;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N84660 Coleman, Daniel**  **Housing Unit: MEN-SL-01-15**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 11/07/07 | Payroll | 20 Payroll Adjustment | 311159 | | P/R month of 10/2007 | 5.00 | 5.92 |
| 11/13/07 | Disbursements | 84 Library | 317359 | Chk #82648 | 48027, DOC: School Dist. Libra, Inv. Date: 11/05/2007 | -.25 | 5.67 |
| 11/13/07 | Point of Sale | 60 Commissary | 317767 | 680701 | Commissary | -4.35 | 1.32 |
| 11/30/07 | Disbursements | 84 Library | 334359 | Chk #82960 | 49215, DOC: 523 Fund Library, Inv. Date: 11/15/2007 | -.75 | .57 |
| 12/07/07 | Payroll | 20 Payroll Adjustment | 341169 | | P/R month of 11/2007 | 5.00 | 5.57 |
| 12/10/07 | Point of Sale | 60 Commissary | 344767 | 685708 | Commissary | -4.03 | 1.54 |
| 01/04/08 | Mail Room | 01 MO/Checks (Not Held) | 004245 | 315919 | Coleman, Latanya | 20.00 | 21.54 |
| 01/07/08 | Payroll | 20 Payroll Adjustment | 007159 | | P/R month of 12/2007 | 3.57 | 25.11 |

| | |
|---|---|
| Total Inmate Funds: | 25.11 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 25.11 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

IN THE
_United States Court_
_of Appeal Seventh Circuit_

Daniel Coleman )
Plaintiff, )
 )
v. ) Case No. 08-1655
 ) Dist No. 08 C660
Donald A. Hulick )
 )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of The United States Court of Appeals 7th Circuit 219 S. Dearborn St. Chicago, IL 60604-1874

TO: _____

TO: _____

TO: _____

PLEASE TAKE NOTICE that on March 31, 2008, I have placed the documents listed below in the institutional mail at _____ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Affidavit Accompanying Motion For Permission To Appeal In Forma Pauperis And Copie of In forma Pauperis and Financial Affidavit filed in the U.S. Dist Court. Filing Fee of $5.00 has been paid.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: March 31 2008

/s/ Daniel Coleman
NAME: Daniel Coleman
IDOC#: N-84660
Menard Correctional Center
P.O. BOX 711
Menard, IL 62259

Revised February 2005