Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 660 | DATE | 4/10/2008 |
| CASE TITLE | USA ex rel. Daniel Coleman vs. Donald A. Hulick | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Order. This Court finds no basis for the issuance of a certificate of appealability - - no nonfrivolous assertion of the violation of a federal constitutional right (see attached Ex. 2) But in terms of Coleman's financial situation, Martin v. United States, 96 F.3d 853, 856 (7th Cir. 1996) requires that Coleman pay the entire $455 in appellate filing fees, with the initial payment called for by Section 1915(b)(1) amounting to $5.25.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | SN |
|---|---|---|---|