UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Daniel Coleman
                      Plaintiff,

v.                                             Case No.: 1:08−cv−00660
                                                               Honorable Milton I. Shadur

Donald A Hulick
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 5, 2008:

      MINUTE entry before Judge Honorable Milton I. Shadur:Enter Memorandum Order. In this instance Coleman had not been granted in forma pauperis status in this District Court, because he had paid the modest $5 filing fee at this level. But the teaching of Moran would appear to be that this Court should not approve the granting of such status on appeal, and it so holds. This recognizes, of course, that the ultimate determination in this respect is for the Court of Appeals to make.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.