

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                                     312-435-5670

August 21, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Coleman v. Hulick, et al

U.S.D.C. DOCKET NO. : 08cv660

U.S.C.A. DOCKET NO. : 08-1655

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

 VOLUME(S) OF PLEADING(S)              1 Volume of Pleadings

 VOLUME(S) OF TRANSCRIPT(S)

 VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                        Very truly yours,

                                        Michael W. Dobbins, Clerk

                                        By:_____
                                             G. Jones, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

1 Volume of Pleadings

In the cause entitled: Coleman v. Hulick, et al.

USDC NO.     : 08cv660

USCA NO.     : 08-1655

                IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 21st day of August 2008.

                MICHAEL W. DOBBINS, CLERK

                By: _____
                    G. Jones, Deputy Clerk

APPEAL, COLE, HABEAS, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-00660
## Internal Use Only

| | |
|---|---|
| Coleman v. Hulick et al<br>Assigned to: Honorable Milton I. Shadur<br>Case in other court:         08-01655<br><br>Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Date Filed: 01/30/2008<br>Date Terminated: 01/31/2008<br>Jury Demand: None<br>Nature of Suit: 530 Prisoner: Habeas Corpus<br>Jurisdiction: Federal Question |

**Petitioner**

**Daniel Coleman**   represented by **Daniel Coleman**
*United States of America ex rel.*                       N-84660
                                                         Menard - MND
                                                         P.O. Box 771
                                                         Menard, IL 62259
                                                         PRO SE

V.

**Respondent**

**Donald A Hulick**
*Warden*

**Service List**   represented by **Chief of Criminal Appeals**
                                  Attorney General's Office
                                  100 West Randolph - 12 Floor
                                  Chicago, IL 60601
                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2008 | 1 | PETITION for writ of habeas corpus filed by Daniel Coleman against Donald A Hulick Filing fee $ 5. (Exhibits).(ef, ) (Entered: 01/31/2008) |

| | | |
|---|---|---|
| 01/30/2008 | 2 | CIVIL Cover Sheet. (ef, ) (Entered: 01/31/2008) |
| 01/30/2008 | 3 | APPLICATION by Petitioner Daniel Coleman for leave to proceed in forma pauperis. (Exhibits). (ef, ) (Entered: 01/31/2008) |
| 01/30/2008 | 4 | (Court only) RECEIPT regarding payment of filing fee paid on 1/30/2008 in the amount of $5.00, receipt number 10342911. (ef, ) (Entered: 01/31/2008) |
| 01/30/2008 | 5 | POST MARKED envelope for initiating document by Daniel Coleman (Document not scanned) (aew, ) (Entered: 01/31/2008) |
| 01/31/2008 | 6 | MINUTE entry before Judge Milton I. Shadur :Enter Memorandum Opinion and Order. And that being the case, "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court" (Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts), and the Petition is therefore dismissed.Mailed notice (rp, ) (Entered: 02/04/2008) |
| 01/31/2008 | 7 | MEMORANDUM Opinion and Order Signed by Judge Milton I. Shadur on 1/31/2008.(rp, ) (Entered: 02/04/2008) |
| 01/31/2008 | 8 | ENTERED JUDGMENT (rp, ) (Entered: 02/04/2008) |
| 02/01/2008 | | MAILED Copy of Petition for Writ of Habeas Corpus to Chief of Criminal Appeals via Certified Mail receipt number 7006 0110 0001 7313 3620. (ef, ) (Entered: 02/01/2008) |
| 03/04/2008 | 9 | NOTICE of appeal by Daniel Coleman fee waived.(air, ) (Entered: 03/07/2008) |
| 03/04/2008 | 19 | POST MARKED envelope for notice of appeal by Daniel Coleman (Document not scanned) (aew, ) (Entered: 04/21/2008) |
| 03/07/2008 | 10 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 9 . Notified counsel (air, ) (Entered: 03/07/2008) |
| 03/10/2008 | 11 | MOTION by Petitioner Daniel Coleman to recall notice of appeal. (gmr, ) (Entered: 03/12/2008) |
| 03/13/2008 | 12 | MINUTE entry before Judge Honorable Milton I. Shadur: Enter Memorandum. This memorandum is being delivered to the Court of Appeals for its information and for appropriate action (this Court does not of course have jurisdiction to "recall" the Notice of Appeal). (Attachment). (For further detail, see separate order.] Mailed notice (mb, ) (Entered: 03/17/2008) |
| 03/13/2008 | 13 | MEMORANDUM Signed by Judge Honorable Milton I. Shadur on 3/13/2008. (mb, ) (Entered: 03/17/2008) |
| 03/13/2008 | | (Court only) ***Motions terminated: MOTION by Petitioner Daniel Coleman to withdraw 11 (srn, ) (Entered: 04/08/2008) |
| ~~03/18/2008~~ | ~~14~~ | ~~ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 9 ; USCA Case No. 08-1655 (hp, ) (Entered: 03/20/2008)~~ |
| ~~03/18/2008~~ | ~~15~~ | ~~CIRCUIT RULE 3(b) Notice to Daniel Coleman (hp, ) (Entered: 03/20/2008)~~ |

| | | |
|---|---|---|
| 04/08/2008 | 16 | COPY of order dated 4/7/08 from the Seventh Circuit regarding notice of appeal 9 ; Appellate case no. : 08-1655. It is ordered that the clerk of this court transfer motion to proceed on appeal informa pauperis to the clerk of the district court for a ruling on the motion, along with a copy of this order. The pro se appellant is reminded that if the district court denies the informa pauperis motion, he/she must refile the motion in this court pursuant to Fed. R. App. P. 24. (mb, ) Modified on 4/10/2008 (mb, ). (Entered: 04/10/2008) |
| 04/10/2008 | 17 | MINUTE entry before Judge Honorable Milton I. Shadur: Enter Memorandum Order. This court finds no basis for the issuance of a certificate of appealability--no nonfrivolous assertion of the violation of a federal constitutional right (See attached Ex. 2) But in terms of Coleman's financial situation Martin v. United States, 96F.3d 853, 856 (7th Cir. 1996) requires that Coleman pay the entire $455 in appellate filing fees, with the initial payment called for by Section 1915(b)(1) amounting to $5.25. Mailed (vmj, ) (Entered: 04/14/2008) |
| 04/10/2008 | 18 | MEMORANDUM Order Signed by Judge Honorable Milton I. Shadur on 4/10/2008(vmj, ) (Entered: 04/14/2008) |
| 05/05/2008 | 20 | MINUTE entry before Judge Honorable Milton I. Shadur:Enter Memorandum Order. In this instance Coleman had not been granted in forma pauperis status in this District Court, because he had paid the modest $5 filing fee at this level. But the teaching of Moran would appear to be that this Court should not approve the granting of such status on appeal, and it so holds. This recognizes, of course, that the ultimate determination in this respect is for the Court of Appeals to make.Mailed notice (srn, ) (Entered: 05/05/2008) |
| 05/05/2008 | 21 | MEMORANDUM Order Signed by Judge Honorable Milton I. Shadur on 5/5/2008:Mailed notice(srn, ) (Entered: 05/05/2008) |
| 05/27/2008 | 22 | CIRCUIT Rule 3(b) Notice. (kj, ) (Entered: 05/29/2008) |

**KEY**

**All items are included in this record.**
**All crossed out items are not included in the record.**
**S/C:  These items are sent under a separate certificate.**
**N/A:  These items are not available.**